UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHIN CREST PTE, LTD, ET AL.,

    Plaintiffs,

v.    Case No. 8:07-cv-1433-T-24 MAP

AIU INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

    This cause comes before the Court on the parties' Joint Motion to Extend Deadlines. (Doc. No. 51). In this motion, the parties request that the Court extend the discovery, expert, and dispositive motion deadlines. The parties further state that the trial date will not be affected by the extensions. While the Court will grant the requested extensions, which include an almost two month extension to the discovery deadline, the Court will have to move the pretrial conference and move the trial by two months. The Court will issue an amended scheduling order that reflects the new deadlines.

    Accordingly, it is ORDERED AND ADJUDGED that the motion is **GRANTED**.

    **DONE AND ORDERED** at Tampa, Florida, this 21st day of July, 2008.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record