UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHIN CREST PTE, LTD, ET AL.,

      Plaintiffs,

v.                             Case No.  8:07-cv-1433-T-24 MAP

AIU INSURANCE COMPANY,

      Defendant.
_____/

## ORDER

      This cause comes before the Court on the parties' Joint Motion to Extend Deadlines.

(Doc. No. 65).  In this motion, the parties again request that the Court extend the discovery,

expert, and dispositive motion deadlines.  The parties further state that the pretrial conference

and trial dates will not be affected by the extensions, and that the Court will have four months to

review any dispositive motions.  However, under the parties' proposed deadlines, the Court will

have only two months to review the dispositive motions, which will become ripe for review on

January 30, 2009.  Therefore, while the Court will grant this motion (with modifications made

for dates falling on the weekends), the Court warns the parties that under no circumstances will

any deadlines in this case be extended again.  The Court will issue a second amended scheduling

order.

      **DONE AND ORDERED** at Tampa, Florida, this 27th day of October, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record